# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JERRY MILLS,**
**ADC #112594**                                                                                    **PLAINTIFF**

**V.**              **CASE NO. 5:16-CV-00016 DPM/BD**

**RORY GRIFFIN, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on February 2, 2016, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE